JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| DEWIND CO., <br><br> Plaintiff, <br><br> vs. <br><br> GLENMORE WIND FARM, LLC; URBAN POWER, LLC; PRELUDE, LLC; ROBIN JAY URBAN; AND THOMAS MATTSON, <br><br> Defendants. | Case No. SACV 12-00392 JVS (RNBx) <br><br> Hon. James V. Selna <br><br> **ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** <br><br><br> Date Action Filed:   March 13, 2012 |
| GLENMORE WIND FARM LLC, PRELUDE LLC AND THOMAS MATTSON, <br><br> Counterclaimants, <br><br> vs. <br><br> DEWIND CO., <br><br> Counterdefendant. | Trial Date:  August 20, 2013 |

1  The Court, having Considered the Stipulation Of Voluntary Dismissal With
2 Prejudice Of Entire Action, hereby finds that this entire action should be dismissed with
3 prejudice. Each party shall bear their own attorneys' fees and costs.

DATED: October 31, 2012  _____
HON. JAMES V. SELNA
UNITED STATES DISTRICT COURT JUDGE